Approved: _____
JAMES MCMAHON
Assistant United States Attorney

Before:   HONORABLE PAUL E. DAVISON
          United States Magistrate Judge
          Southern District of New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - x
                                                 :
UNITED STATES OF AMERICA                         :
                                                 :    23 Mag. 2171
         -v.-                                    :    RULE 5(c)(3) AFFIDAVIT
                                                 :
CONOR BRIAN FITZPATRICK,                         :
                                                 :
                    Defendant.                   :
                                                 :
- - - - - - - - - - - - - - - - - - - - - - - - x

SOUTHERN DISTRICT OF NEW YORK, ss:

      John Longmire, being duly sworn, deposes and says that he is a Special Agent with the Federal Bureau of Investigation ("FBI") and charges as follows:

      At approximately 4:30 PM on March 15, 2023, I led a team of law enforcement agents that made a probable cause arrest of the defendant in Peekskill, New York. Thereafter, I swore out a criminal complaint on that day in the United States District Court for the Eastern District of Virginia in which I formally charged the defendant with one count of conspiracy to solicit individuals with the purpose of selling unauthorized access devices, in violation of Title 18, United States Code, Section 1029(b)(2). A copy of the complaint is attached.

      I believe that CONOR BRIAN FITZPATRICK, the defendant, is the same individual as the "Conor Brian Fitzpatrick," a/k/a "pompompurin" named in the Complaint.

      The bases for my knowledge and for the foregoing charges are, in part, as follows:

      1.   I have been a Special Agent with the Federal Bureau of Investigation ("FBI") for over 16 years. I am

1

currently assigned to the FBI's Washington Field Office Cyber Task Force, where I am responsible for conducting and assisting in investigations into the activities of individuals and criminal groups responsible for cyber-crimes, including, cyber intrusions, online money laundering, criminal cryptocurrency usage, and criminal online forums.

2. I have personally been involved in the investigation of the defendant, as well as in determining whether the defendant is the same individual I charged in the Complaint. Because this Affidavit is being submitted for the limited purpose of establishing the identity of the defendant, I have not included in this Affidavit each and every fact that I have learned relating to the defendant. Where I report statements made by others, those statements are described in substance and in part, unless otherwise noted.

3. When I arrested the defendant on March 15, 2023, he stated to me in substance and in part that: a) his name was Conor Brian Fitzpatrick; b) he used the alias "pompompurin," and c) he was the owner and administrator of "BreachForums," the data breach website referenced in the Complaint. The defendant made these statements after being advised of his rights under *Miranda v. Arizona*, 384 U.S. 436 (1966).

4. Based on the foregoing information, I believe that CONOR BRIAN FITZPATRICK, the defendant, is the same individual as the CONOR BRIAN FITZPATRICK, a/k/a "pompompurin," named in the Complaint.

WHEREFORE, deponent prays that CONOR BRIAN FITZPATRICK, the defendant, be bailed or imprisoned, as the case may be.

_____
John Longmire
Special Agent
Federal Bureau of Investigation

Sworn to before me this
___ day of March, 2023

_____
HONORABLE PAUL E. DAVISON
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

2